UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANIXA SANTIAGO RIVERA and MANUEL GARCIA CASTRO, for themselves and on behalf of their daughter R.G.S.<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; YANIRA RAÍCES VEGA IN HER OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; LINO ELIAS OCAÑA IN HIS OFFICIAL CAPACITY AS TEACHER FACILITATOR OF THE SPECIAL EDUCATION SERVICES CENTER<br><br>Defendants | CIVIL ACTION:<br><br>3:24-cv-01187-RAM |

**MOTION TO TRANSFER CASE TO JUDGE AÍDA DELGADO**

**TO THE HONORABLE COURT.**

**COMES NOW** Plaintiffs Anixa Santiago Rivera and Manuel Garcia Castro, for themselves and on behalf of their daughter R.G.S., through their undersigned counsel, respectfully submit this motion to transfer the above-captioned case to the docket of Judge Aída Delgado. In support of this motion, Plaintiffs state the following

1. This case was assigned to Judge Raul M. Arias-Marxuach as indicated in the Notice of Electronic Filing dated April 24, 2024.

1

2. The Plaintiffs believe that transferring this case to Judge Aída Delgado, who previously presided over a similar case involving the same legal issues, would be in the interest of judicial economy and consistency in adjudication.

3. The similar case previously managed by Judge Delgado was dismissed and subsequently resubmitted for strategic reasons, including amendments to the complaint that did not exhaust the right to amend following a responsive pleading or motion.

4. Transfer of this case to Judge Delgado would allow for a more efficient resolution, leveraging her familiarity with the factual and legal context which parallels the instant case.

**WHEREFORE,** Plaintiffs respectfully request that this case be transferred to the docket of Judge Aída Delgado to promote the efficient administration of justice, avoid duplication of judicial efforts, and ensure consistent rulings on similar legal issues.

**I HEREBY CERTIFY**, that on this date we have electronically filed copy of the foregoing with the clerk of the court using the CM/ECF system, wich will notify all attorneys of record.

**RESPECTFULLY SUBMITTED.**
Dated: April 24, 2024

**VELEZ LAW GROUP LLC**
Civil Rights Division


s/José Carlos Vélez Colón
José Carlos Vélez Colón
USDC-PR 231014

421 Ave Muñoz Rivera
San Juan, PR 00918

E:   vlg@velezlawgroup.com
T:   (787)-422-1881


**PLAINTIFF'S ATTORNEY**

3